# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRAVIS CONKLIN, <br>     Plaintiff, <br><br> v. <br><br> HAJEC, et al, <br>     Defendants. | C.A. No. 2:15-cv-39 |

## MEMORANDUM ORDER

This civil rights action was received by the Clerk of Court on January 12, 2015, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. Section 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The magistrate judge's report and recommendation, filed on February 10, 2017, recommended that defendants' motion for summary judgment [55] be granted. Service was made on plaintiff Travis Conklin at SCI Retreat, where he is incarcerated, and on defendants. No objections were filed. After de novo review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

    AND NOW, this 15th day of March, 2017;

    IT IS HEREBY ORDERED that defendants' motion for summary judgment [55] is GRANTED. The Clerk is directed to close this case.

The report and recommendation of Magistrate Judge Baxter, dated February 10, 2017, is adopted as the opinion of the court.

                                        /s/ Joy Flowers Conti
                                        JOY FLOWERS CONTI
                                        United States District Judge

cc:    Susan Paradise Baxter
       U.S. Magistrate Judge

       all parties of record ____